# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                                **CASE NO.:** 22-40061-HLT

**STRYDER DANE KEO,**

    **Defendant.**

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

**Murder – Second Degree**
**[18 U.S.C. §§ 1111 and 1153]**

That on or about July 17, 2022, in the District of Kansas, within the confines of the Kickapoo Indian Reservation, Indian Country, as defined in 18 U.S.C. § 1151, the defendant,

**STRYDER DANE KEO,**

an Indian, with malice aforethought did unlawfully kill W.B., an Indian, whose identity is known to the Grand Jury, by shooting W.B. with a firearm.

In violation of Title 18, United States Code, Section 1111, namely, Murder, with reference to Title 18, United States Code, Section 1153, namely, Offenses Committed within Indian Country.

## A TRUE BILL.

September 14, 2022
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: /s/ *Jared S. Maag*

JARED S. MAAG
Assistant United States Attorney
District of Kansas
444 Quincy St., Suite 290
Topeka, Kansas 66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: jared.maag@usdoj.gov
Ks. S. Ct. No. 17222

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

# PENALTIES

## COUNT ONE

### Murder – Second Degree
**[18 U.S.C. §§ 1111 and 1153]**

- A term of imprisonment for any term of years or for life.
  18 U.S.C. § 1111(b).

- A fine not to exceed $250,000.00
  18 U.S.C. § 3571(b)(3).

- A term of supervised release not to exceed five (5) years.
  18 U.S.C. § 3583(b)(1).

- A mandatory special assessment of $100.00 per count of conviction.
  18 U.S.C. § 3013(a)(2)(A).